IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-15016
_____

D.C. Docket No. 5:14-mc-00002-MTT

ANTHONY S. PITCH,

Plaintiff - Appellee,

versus

UNITED STATES OF AMERICA,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

Before ED CARNES, Chief Judge, TJOFLAT, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, and GRANT, Circuit Judges:

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard en banc and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc, IT IS

ORDERED that this case will be reheard en banc.  The panel's opinion is

VACATED.